# Court of Appeals
# of the State of Georgia

ATLANTA, December 04, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1910.  WILLIAM LARRY WEAVER v. TIMOTHY J. MORGAN.**

William Larry Weaver contends that he was extradited from Georgia in 1997 to stand trial for murder in Montana, where he is presently incarcerated.  In 2012, he filed a motion in Gwinnett County Superior Court seeking an order forcing a Montana court to produce documents related to his extradition.  A review of Weaver's motion shows that he was, in essence, asking for mandamus relief.  See *Bland Farms, LLC v. Georgia Dept. of Ag.*, 281 Ga. 192, 193 (637 SE2d 37) (2006) ("Mandamus is an extraordinary remedy to compel a public officer to perform a required duty when there is no other adequate legal remedy.").

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'").  Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/04/2012
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

 , *Clerk.*